# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE SUBPOENA SERVED ON WILLIAM GERTZ, | )<br>)   Case No. 1:19-mc-00168<br>) |

## [PROPOSED] ORDER GRANTING MOTION TO TRANSFER

Before the Court is a Motion to Transfer this miscellaneous action to the issuing court for a ruling on the pending Motion to Compel pursuant to Federal Rule Civil Procedure 45(f).

After having considered the Motion and any responses and replies thereto, the Court finds that the Motion should be GRANTED and the miscellaneous proceedings addressed by this case shall be TRANSFERRED to the Southern District of New York, Case No. 1:18-cv-02185-JGK-DCF.

SIGNED this \_\_\_\_ day of \_\_\_\_\_, 2019.

_____
UNITED STATES DISTRICT JUDGE